# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MCCLAIN,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendants. | Case No. 2:23-cv-08986-SPG-BFM<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED REQUEST TO APPEAR FOR HEARING REMOTELY** |

Plaintiff's request to appear remotely on December 20, 2023 at 3 p.m. is GRANTED.

  IT IS SO ORDERED.

Dated: December 18, 2023

                HON. SHERILYN PEACE GARNETT
                UNITED STATES DISTRICT JUDGE