UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:23-cv-08986-SPG-BFM | Date | January 7, 2025 |
|---|---|---|---|
| Title | SEAN MCCLAIN V. UNITED STATES OF AMERICA | | |

| Present: The Honorable | SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE |
|---|---|

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceeding:**   **(IN CHAMBERS) NOTICE OF DISMISSAL**

   Defendant filed a stipulation of dismissal, (ECF No. 49), which is effective to close the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The case is therefore closed. (JS-6). Accordingly, the Court strikes the proposed order (ECF No. 49-1) as moot, and all pending dates are vacated and taken off calendar.

                                                                          _____ : _____

                                              Initials of Preparer   pg